[No. 17676-2-III.    Division Three.    August 31, 1999.]

WILLIAM J. HOUSAM, ET AL., *Respondents*, v. BETTY
PALLADINO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-2-01139-4, Kathleen M. O'Connor,
J., entered July 8, 1998. *Reversed* by unpublished opinion
per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 17715-7-III.    Division Three.    August 31, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN L.
GELENAW, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-02051-5, Paul A. Bastine, J.,
entered August 3, 1998. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Sweeney and Kato, JJ.

[No. 17738-6-III.    Division Three.    August 31, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY HUGH
CHRISTY, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 97-1-02685-8, Salvatore F. Cozza, J.,
entered August 3, 1998. *Affirmed* by unpublished opinion
per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 17758-1-III.    Division Three.    August 31, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEVI BLU
GEER, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 98-1-00227-5, Vic L. VanderSchoor, J.,
entered July 30, 1998. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.